Anthony DULISSE, JR., Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

May 1, 2007.

### ORDER

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED, and the order of the Commonwealth Court is REVERSED pursuant to *McGrory v. PennDOT*, —— Pa. ——, 915 A.2d 1155 (2007). Jurisdiction relinquished.